UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| KIM SCHREIER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>    Defendant. | 3:08-cv-00223-LRH (VPC)<br><br>O R D E R |

  The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#13) entered on August 10, 2009, in which the Magistrate Judge recommends that the Plaintiff's Motion for Reversal (#11) be denied and Defendant's Cross-Motion for Summary Judgment (#12) be granted. No objections have been filed. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

1   ADOPTS AND ACCEPTS the Report and Recommendation of the United States
2   Magistrate Judge (#13); therefore, Plaintiff's Motion for Reversal (#11) is DENIED and Defendant's
3   Cross-Motion for Summary Judgment (#12) is GRANTED.
4   IT IS SO ORDERED.
5   DATED this 9th day of December, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2