AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

KIM SHREIER,

      Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:08-cv-00223-LRH-VPC**

MICHAEL J. ASTURE, Commissioner,
Social Security Administration,

      Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Reversal (#11) is DENIED and Defendant's Cross-Motion for Summary Judgment (#12) is GRANTED.

| | |
|---|---|
| December 10, 2009 | **LANCE S. WILSON** |
| | Clerk |
| | /s/ D. R. Morgan |
| | Deputy Clerk |